IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK BUCKHORN, et. al., | CASE NO. 5:11-cv-05342 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ARTISTIC LIGHTING AND ELECTRIC, | |
| Defendant(s). | |

The above-entitled action is scheduled for a Case Management Conference on February 17, 2012. Having reviewed Plaintiff's Case Management Statement (see Docket Item No. 8) and considering Defendant's default has been entered by the Clerk (see Docket Item No. 7), the court finds an appearance unnecessary at this time.

Accordingly, the Case Management Conference is VACATED. The court schedules a hearing on Plaintiff's anticipated Motion for Default Judgment for **April 27, 2012, at 9:00 a.m.** Plaintiff shall file, serve and notice the motion pursuant to Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: February 15, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-05342 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE