IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK BUCKHORN, et. al., | CASE NO. 5:11-cv-05342 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| ARTISTIC LIGHTING AND ELECTRIC, | |
| Defendant(s). | |

On February 15, 2012, the court scheduled a hearing date on Plaintiff's anticipated Motion for Default Judgment for April 27, 2012, and ordered Plaintiff to file and serve the Motion in accordance with Civil Local Rule 7.  See Docket Item No. 9.  Plaintiff failed to comply as ordered.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiffs do not, **by May 3, 2012**, demonstrate good cause in writing why this case should not be dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the Court.

The hearing date of April 27, 2012, previously reserved for Plaintiffs' Motion for Default Judgment is VACATED.

**IT IS SO ORDERED.**

Dated: April 19, 2012

[signature]
EDWARD J. DAVILA
United States District Judge